UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Marcello Bankuna Kaluba**

      v.                                      Case No. 26-cv-170-PB-TSM

**Christopher Brackett, Superintendent,
Strafford County Department of Corrections, et al.**

### ORDER

Marcello Bankuna Kaluba filed the instant petition for a writ of habeas corpus on March 6, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Bankuna Kaluba's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in Guerrero Orellana v. Moniz and his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Bankuna Kaluba meets the criteria for membership in the Guerrero Orellana class and would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 3. While the government

gestures to certain arguments related to those authorities—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Bankuna Kaluba's continued detention without a bond hearing.

Accordingly, both because I am bound by the class-wide relief issued in <u>Guerrero Orellana</u> and because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Bankuna Kaluba a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Bankuna Kaluba's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 13, 2026

cc:   Counsel of Record