# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Marcello Bankuna Kaluba**

     v.                                      Case No. 26-cv-170-PB-TSM

**Chris Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Marcello Bankuna Kaluba received the bond hearing he sought on March 19, 2026, <u>see</u> Doc. 7, I ordered Bankuna Kaluba to show cause within seven days why his petition should not be dismissed. Doc. 8. Bankuna Kaluba has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 30, 2026

cc:    Counsel of Record